# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

DEBBIE WRIGHT,

        Plaintiff

v.

COMMONWEALTH PRIMARY CARE, INC.
d/b/a WYNDHAM FAMILY PRACTICE,        Case No. 3:10-cv-34

and

MELANIE P. BOGGS, M.D.,

        Defendants

## NOTICE OF APPEAL

Notice is hereby given that Debbie Wright, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 4th Circuit from the judgment of the United States District Court for the Eastern District of Virginia in which it granted the Motion for Summary Judgment on November 8, 2010 and the Order of December 9, 2010 denying her Motion for Reconsideration under Rule 49.

        DEBBIE WRIGHT

        /s/
        William G. Shields, Esquire
        VSB # 14200
        Tara D'Lutz, Esquire
        VSB #74515
        The Shields Law Firm, PLLC
        11503 Allecingie Parkway
        Richmond, Virginia 23235
        (804) 594-3966
        (804) 594-3855 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2011 a true and accurate copy the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following to: Sean P. Byrne, Esquire and John Peterson, Esquire of Hancock, Daniel, Johnson & Nagle, PC, 4701 Cox Road, Ste 400, Glen Allen, VA 23060.

                                              /s/
William G. Shields, Esquire
VSB # 14200
Tara D'Lutz, Esquire
VSB #74515
The Shields Law Firm, PLLC
11503 Allecingie Parkway
Richmond, Virginia 23235
(804) 594-3966
(804) 594-3855 (fax)